CENTER FOR DISABILITY ACCESS
Ray Ballister Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER,<br><br>  Plaintiff,<br><br>  v.<br><br>DUC TRAN, in individual and representative capacity as trustee of the MDRLL Trust dated 12/15/2017; MAI NHU TRAN, in individual and representative capacity as trustee of the MDRLL Trust dated 12/15/2017; and Does 1-10,<br><br>  Defendants. | **Case:** 8:20-CV-00662-JLS-ADS<br><br>**Plaintiff's Notice of Voluntary Dismissal With Prejudice**<br><br>**Fed. R. Civ. P. 41(a)(1)(A)(i)** |

**PLEASE TAKE NOTICE** that Plaintiff Chris Langer, hereby voluntarily dismisses the above captioned action <u>with</u> prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Defendants Duc Tran, in individual and representative capacity as trustee of the MDRLL Trust dated 12/15/2017; Mai Nhu Tran, in individual and representative capacity as trustee of the MDRLL Trust dated 12/15/2017, have neither answered Plaintiff's Complaint, nor filed a

motion for summary judgment. Accordingly, this matter may be dismissed without an Order of the Court.

Dated: December 14, 2020   CENTER FOR DISABILITY ACCESS
　　　　　　　　　　　　　　By: /s/Amanda Seabock
　　　　　　　　　　　　　　　　Amanda Seabock
　　　　　　　　　　　　　　　　Attorney for Plaintiff